1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1501950)
   DANIEL R. KALEBA  (CABN 223789)
5  Assistant United States Attorney

6    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
7    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
8    E-Mail:  daniel.kaleba@usdoj.gov

9  Attorneys for the United States of America

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE  DIVISION

13 | UNITED STATES OF AMERICA,   )   Nos.  CR 11-00549 EJD
   |                             )         CR 11-00551 EJD
14 |     Plaintiff,               )         CR 11-00705 EJD
   |                             )
15 |     v.                       )
   |                             )   STIPULATION AND [PROPOSED]
16 | JUAN CHAVEZ-ORNELAS,         )   ORDER TO CONTINUE SENTENCING
   |   a/k/a ELEAZAR CONTRERAS-DIAZ, )   DATE
17 |                             )
   |     Defendant.              )
18 | _____)

19

20       On March 5, 2012, the defendant entered guilty pleas in the above referenced matters.

21 The Court set a sentencing date of June 11, 2012.  The Probation Officer advised the parties that

22 he requires additional time to complete the draft Presentence Report.  Mr. Chavez-Ornelas is

23 currently in custody.

24 //

25 //

26 //

27 //

28 //


STIPULATION

The parties have no objection to continuing the June 11, 2012 sentencing date, and jointly propose the date of August 6, 2012 for sentencing. Such a continuance is necessary to ensure the Court has a full and complete Presentence Report prior to sentencing.

Dated: June 6, 2012  Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Dated: June 6, 2012  /s/
FRANK BELL
Attorney for Defendant

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the June 6, 2012 sentencing of the defendant is hereby continued to August 6, 2012. at 1:30 PM

Dated: June 7, 2012

HON. EDWARD J. DAVILA
United States District Judge

STIPULATION  2